LAW OFFICE OF
# GOLDBERG & WOLF, L.L.C.

WARREN S. WOLF*
JORDAN B. GOLDBERG*
JONATHAN M. ROMVARY*

1949 BERLIN ROAD
SUITE 201
CHERRY HILL, NEW JERSEY
08003

*MEMBER NJ & PA BARS

856-651-1600
FAX 856-651-1615

June 25, 2014

**Via E-Filing and Overnight Mail**

The Honorable Jerome B. Simandle, Chief U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: Moreno et al v. Tringali
Civil Action No. 14-CV-04002-JBS-KMW

Dear Judge Simandle,

We represent the Plaintiff and seek the entry of enclosed Order to Show Cause. This Order to Show Cause was scheduled to be heard in the Superior Court on June 20, but was removed just prior to such hearing. Enclosed please find a courtesy copy of the following papers which we have e-filed:

1. Certification in Support of Plaintiff's Order to Show Cause for a Preliminary Injunction with Exhibits;
2. proposed Order to Show Cause
3. Memorandum of Law in Support of Order to Show Cause; and
4. Proof of Service.

Thank you for Your Honor's consideration of this Order to Show Cause.

Respectfully submitted,

/s/ Warren S. Wolf
Warren S. Wolf, Esquire
GOLDBERG & WOLF, L.L.C.

cc: Lawrence Leven, Esquire, via email
Clients, via email