# Exhibit C

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser cri... Page 1 of 39



# Justin Williams: PRO Scammer
## Justin Williams and Brooke Eden Horan Laser Fraud Crooks



Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser cri... Page 2 of 39

The biggest fraud crooks couple in the Cosmetic Laser Industry. Educate yourself before dealing with these individuals!

## BROOKE EDEN HORAN current bankruptcy amount of $642,968.05, is a non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(2)(A)

Horan Adversarial Proceeding 3 complaint (PDF)
Horan Adversarial Proceeding 3 docket (WORD)
Horan Bankruptcy (WORD)
Horan Adversarial Proceeding 2 compaint (PDF)
Horan Adversarial Proceeding 2 docket (WORD)



**Scambook Reports**
Click the Scambook logo above for more info about Justin Williams.



**Complaint Board:**
Click the Complaints Board logo above for more info about Justin Williams.



Click the Ripoff Report logo above to read more complaints about Justin.



Click for Justin Williams' estimated property value on Zillow.com

# Mike Moreno Medpro Lasers, New Jersey Business Partner Justin Williams ⊛

Mike Moreno Medpro Lasers, New Jersey Business Partner

From: Mike Moreno <lasermmoreno@gmail.com>
Date: May 10, 2013 at 7:26:38 AM EDT
To:

Cc: J W <williamsjustin@icloud.com>
Subject: Re: Eric Poon Amex chargeback

Don't say "you guys" here.  There is exactly ONE person out there ripping people off and we all know who
it is now.  I was told to book this deal as JW had the laser "ready to ship".    I asked about this every day
for weeks and weeks and was told "it was shipped" and "I have this handled".  It is now obvious and
apparent what is and has been going on here.

If I am responsible for half of what JW stole here, then let me know and I will pay it and be done.  I am
tired of getting ripped off and being made to look bad through these types of business dealings.    It just
never ends and it doesn't have to be like this.  Feel free to call me to discuss as I will do my part even
though JW stole this guys money and never shipped the laser.

# I HAVE BEEN SCAMMED!!!

From: pamela <xxxxxxx@XXXXXXX
Date: May 27, 2013 at 11:13:47 PM EDT
To: Mike Moreno <lasermmoreno@gmail.com>, Support < lasersupportteam@aestheticlasersales.com>,
Subject: I HAVE BEEN SCAMMED!!!

Mike/John,
you are quite a team!!, over two years ago I wired money to you and till date you don't feel anything that I
have had to wait and wait and wait, while listening to your numerous stories and excuses that make me
ashamed for you.
John, while pretending to be different you also took money from me for an equipment you do not posess
and did not see .I called you immediately,even though you said the system was on its way that is four
months ago and nothing but stories. you are scam artists and it will end with me .I will put you out of
business.
It have decided that this will end now, I am not leaving the country until I get what I paid for plus costs.

# I HAVE BEEN SCAMMED!!! REPLY

From: L <@gmail.com>
Date: May 28, 2013 at 9:08:03 AM EDT
To: xxxxxxx <pamela>
Cc: Support <lasersupportteam@aestheticlasersales.com>, Mike Moreno <lasermmoreno@gmail.com>
Subject: Re: I HAVE BEEN SCAMMED!!!

Pam,

I am so sorry that you have experienced this. As I mentioned to you previously,  I have had good
experiences with Mike and encourage you to reach out to him so this can be resolved. In terms of John,  I
personally feel responsible as I referred you to him.  I witnessed firsthand the transaction between you and
him.  Overall, I'm quite confused and very disappointed.  This is such a small industry with less than six
degrees of separation.  Fortunately for you, there are many ways to have your story told so that others
don't get taken advantage of.   I would first try to get a written guarantee that the items you purchased will
be delivered and the date confirmed.   If you do not receive a response today, I would suggest the
following:
1. Contact your attorney and have these individuals served via certified mail (there may be a Justin
Williams involved in the transaction aka John)
2. Contact all the various laser sources such as Dotmed and share your story (I have a direct source)
3. Send an email blast to all your friends and associates in the industry to inform them of your experience
4. Contact the local news and radio stations in the areas where the sellers are located (most local stations

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser cri... Page 4 of 39

will conduct an investigation if there is perceived fraud) and the community newspapers will provide coverage
5. Take your experience viral...there is power in social media

What I think is the most troublesome is unlike others on the market looking for used lasers, you have a wealth of resources available. Anyone in the industry would be very happy to get your business. Are these guys aware that you have opened your third location in Africa and in the process of your fourth in one of the richest counties in the US?

Although I usually don't get involved in these issues I feel a personal responsibility since your transaction was based on my referral.  I have built my life on my reputation within the industry and it has always served me well.  I will do all I can to assist you. However,  I hope it doesn't have to go to the abovementioned extremes.  At the end of the day we should all be able to benefit from each other's success.  I see many great things in the future for you Pam!

□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□

Mike/John,
you are quite a team!!, over two years ago I wired money to you and till date you don't feel anything that I have had to wait and wait and wait, while listening to your numerous stories and excuses that make me ashamed for you.
John, while pretending to be different you also took money from me for an equipment you do not posess and did not see ,I called you immediately,even though you said the system was on its way that is four months ago and nothing but stories. you are scam artists and it will end with me ,I will put you out of business.
II have decided that this will end now, I am not leaving the country until I get what I paid for plus costs.

UPS SHIPMENT NOTIFICATION
From: Elina <elina
Date: December 3, 2012 at 3:21:36 AM EST
To: Support <lasersupportteam@aestheticlasersales.com>, Mike Moreno <lasermmoreno@gmail.com>
Subject: Re: UPS Shipment Notification

Jon/Mike
as per my last email. I would like to terminate my contract with Med Pro. I DO NOT want to receive the laser from you. From your email below I understand you dont intend to settle the issue of terminating the contract and a full refund between us directly, therefore my lawyer Bonny Wright will be in contact with Mike within next couple of days to start legal proceedings. She is already in posession of the contract and all the correspondence between us uncluding emails. Bonny will handle all the correspondence from now on.
I do hope it will be sorted as quickly as possible.
Elina

# JUSTIN WILLIAMS' EMAILS

On 3/3/11 12:50 AM, "Justin Williams" <williamsjustin911@gmail.com> wrote:

>The websites were owned by Brooke Horan and she managed the websites and
>managed the domain names for the websites.  Brooke would also manage the
>webemail and distribute the leads coming from the websites every morning.
> Later Brooke managed the websites with Tom Forbes and was the main
>contact for all computer related consulting with Forbes.  The business
>MEdPro was managed in UT with as large warehouse located in Park City and
>managed by Justin. The windows all said MedPRO and there was a large
>MEDPRO sign on the wall when you walked in the door. All technical operations and service was
managed in UT as well as

Justin Williams and Brooke Eden Horan – Biggest Laser, Fraud Crooks, cosmetic laser cri... Page 5 of 39

>all deliveries and refurbishment took place in UT. The money would go to
>MedPro in NJ and immediately be transferred to UT to the PIS account for
>management. All Accounting and book keeping was managed in UT. The entire
>business operations were in UT as well as the employees with taxes paid
>to UT state by MedPRo. MedPro West became a DBA of PIS in UT. Later on
>the website was housed in UT in the warehouse with servers and computers
>with all technical computer services were done in UT as well. All mail
>and deliveries would go to UT. Mike M had a home office in NJ and that
>was it. All business was done in UT 100% and always was never in NJ.
>
>The websites were owned by Justin and Brooke until October 2009 when MM
>had them transfer to MedPro and MM along with all domain names. All
>money for the company was put in by JW and liens of credit were in UT in
>UT banks. MM visited UT several times to do business and visit the
>warehouse operations.
From: Justin Williams <williamsjustin@me.com>
Date: March 2, 2011 12:32:26 AM MST
To:
Subject: writing

MedPro West was the warehouse in UT, all employees, equipment, IP, technical services, website management, servers, etc. were in UT

MedPro would receive the funds from the sales and immediately transfer ALL money as it was received to PIS that was owned by JW Brooke

All accounting and book keeping/accounting was done in UT

PIS would manage the business entirely

PIS would pay Moreno a monthly draw and then profits were distributed based on if they were above expenses

All domains were owned by Justin/Brooke and were hosted through domain servers owned by JW Brooke

Web servers for web sites were owned by JW and housed in UT ware house

All business operation were managed in

# Justin and Brooke News & Updates 

Justin Williams Personal E-mails                                Released on April 14th, 2014

NEW   Aug, 19 2012 - Personal Email - 10 Pages

NEW   Jan 24, 2013 - Personal Email - 2 Pages

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser cri... Page 6 of 39

NEW   Ebay Listings BMW for Sale

NEW   Ebay Listings second BMW for Sale

NEW   Ebay Listings Winnebago Luxury Camper for sale

NEW   Ebay Listings Racing Bike for Sale

## Justin Williams & Brooke Horan Docs

Released on April 14th, 2014

NEW   Stipulation and consent order (pdf)

SOON   More coming soon! stay tuned...

SOON   More coming soon! stay tuned...

## Justin Williams & Brooke Horan Updates

Released on April 14th, 2014

NEW   Lakeway Resident Directory (pdf)

NEW   Closer look at Justin Williams' House

SOON   More coming soon! stay tuned...

DELIVERY

From: Andreas <andreas.XXXXX@GMAIL.com>

Date: December 17, 2012 at 5:04:41 AM EST

To: Daniel <global@gmail.com>, Mike Moreno< lasermmoreno@gmail.com>, Support < lasersupportteam@aestheticlasersales.com>

Subject: Re: Delivery

Please inform me asap where is the freight. The client called her lawyer as she has no information up to now

I believe that you must be more accurate and give us an information

In case that up to tomorrow we will not know where is the freight and when is going to be delivered

then I am going to explain to the Police what is going on

Waiting your soonest reply to the above matter

Dr. Andreas Roumbas

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser cri... Page 7 of 39

## PALOMAR AND TITAN HANDPIECE
From: bnatur <bnXXX@gmall.com>
Date: October 27, 2013 at 11:30:27 PM EDT
To: Mike Moreno <lasermmoreno@gmail.com>, Support
<lasersupportteam@aestheticlasersales.com>
Subject: Palomar and Titan handpiece

Mike and John,
Greetings,
At this point I know I am not expecting anything from you guys.if this is how you do business I
wonder why nobody has decided to do the right and help people in the aesthetics business to put
you out of business
Pamela,

. Sent from my iPad

# FINAL NOTICE
From: sherry <sherry@yahoo.ca>
Reply-To: sherry youseflan <sherry@yahoo.XXX>
Date: Tuesday, September 10, 2013 at 2:18 PM
Subject: final notice

Mr. Justin:
I did call you many times. You ignoring all my calls and emails. it's more than 3 months past and
you left me with no system. I have all yours and your wife's (Brook) information true police
deportment. I will call them if I need them. I will call eBay and report you as farad person and
company. I have enough information to fallow up. My husband called you and you didn't take it
serious. I will report you to business brow. You have 24 hours to answer me. My husband has the
way to get the whole many back.
for your own good is better to answer ASAP.

**Sherry**

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser cri... Page 8 of 39

CLICK "CLOSE TO PLAY" BUTTON BELOW TO PLAY VIDEO.



Close to play

| Justin Williams' House | Download |
|---|---|



Close to play

| Justin William's House | Download |
|---|---|

# Justin Williams and Brooke Eden Horan's Photo Gallery



4/28/2014

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 10 of 39





4/28/2014



























Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 18 of 39





Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 19 of 39





Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 20 of 39



$ 1 0 , 4 3 7 , 4 0 3 Resolved in Reported Damages



Best Ecommerce Platform

X Bigcommerce.com/FreeTrial

#1 Rated All-In-One Shopping Cart. Don't Wait Start Selling Online Now

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 21 of 39

‹ Previous Complaint                                Next Complaint ›      **Do You Have a Complaint?**

## Justin Williams                                                        Add a complaint and spread the word.
                                                                          High volume complaints... better
                                                                          ...the...the...Submit
                                                                    Helpful

Date Created: 11/26/2012    Reported Damages:                       Submit a Complaint Now !

Location: Austin, TX



...me to assist...needs on laser machines do...
...to get paid he had me run to...
...would come in I would put...
company and for my agree...his account in
Florida. He ran everything...when his customers
started contacting the credit c...they had not received their machine and
they were getting the run around from him. Because all credit cards were run through my
company I was responsible for all refunds to the customer while he cannot be held
responsible and it is impossible to get funds from him. He has all of his assets hidden in
Florida. He is currently using three different phone numbers , an answering service for his
business and four different email addresses. He simply ignores voice, email and text
messages. His wife is in on the fraudulent dealings as well.

Anonymous  SBID #03x3411670               Do You Have a Complaint?
Posted 02/05/2013                         Submit a Complaint ›

                                          Business Profile Summary

                                          Company Statistics

                                          Complaint Against



START A WEBSITE TODAY

GET STARTED TODAY
1 PENNY
$0.01
1 HOUR
HOSTGATOR.COM  1-866-9-GATOR

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 22 of 39













Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 27 of 39



Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 28 of 39







Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...   Page 30 of 39





















Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ... Page 36 of 39



COMING SOON!

STAY TUNED!



MORE PICTURES

AND DOCUMENTS

Justin Williams and Brooke Eden Horan - Biggest Laser, Fraud Crooks, cosmetic laser ...  Page 38 of 39



## Contact Us

You can help stop these crooks! Speak your word!

Have you been a victim of these crooks Justin Williams and Brooke Eden Horan. Contact us and tell us your story. Send us documents, pictures or any compromising material you may have. We will post them on all our 148 justin williams and brooke eden horan's affiliate websites. Thank you

4/28/2014

for your support.
lasercrooks@hmamail.com

Form Disabled Temporarily, Send us an email instead.

Name

Email

Subject

Message

SEND

Copyright © 2014 LaserCrooks INC.
Licensed under CC BY 3.0. Built on Bootstrap.

# Exhibit D

**Warren Wolf**

**From:** Leanne Velona <leanne.velona@marinello.com>
**Date:** April 7, 2014 3:24:44 PM EDT
**To:** "Mike Moreno (lasermmoreno@gmail.com)" <lasermmoreno@gmail.com>, "Justin Williams (lasermedical007@me.com)" <lasermedical007@me.com>
**Subject: FW: Urgent way to help**

Do you want me to send you all of the emails this person sends me?

LeAnne Velona
Director of Education – Esthetic & Massage
12449 Putnam Street
Whittier, CA 90602
562-945-2211 x 141

Never underestimate the power of small changes.

**From:** Rory Tringali [mailto:cosmeticlasermarketing@gmail.com]
**Sent:** Saturday, April 05, 2014 10:15 AM
**To:** Leanne Velona
**Subject:** Re: Urgent way to help

Leanne,

Call me urgently 1-305-965-2211

I have the way to help right now please.

Do not answer or respond to any email from justin , mike Moreno or Brooke or their lawyers, if they settled with you just tell me that. If they made you sign a settlement agreement making you sign a non disparagement agreement I cannot help you.

I jus helped two victims and hopefully
Help my self as well.

Trust me ,

1

Rory

Rory Tringali
Cosmetic Laser Marketing LLC
Buy/Sell/Trade
Worldwide
1-305-965-2211 <tel:1-305-965-2211> Mobile
1-516-502-9757 <tel:1-516-502-9757> Fax
Email:Rory@cosmeticlasers.com

Warren Wolf

**From:** Leanne Velona <leanne.velona@marinello.com>
**Date:** April 9, 2014 12:36:40 PM EDT
**To:** "Mike Moreno (lasermmoreno@gmail.com)" <lasermmoreno@gmail.com>, "Justin Williams (lasermedical007@me.com)" <lasermedical007@me.com>
**Subject: FW: Read: Justin Williams ESR LLC-Medpro Lasers**

fyi

LeAnne Velona
Director of Education – Esthetic & Massage
12449 Putnam Street
Whittier, CA 90602
562-945-2211 x 141

Never underestimate the power of small changes.

**From:** Rory Tringali [mailto:cosmeticlasermarketing@gmail.com]
**Sent:** Tuesday, March 25, 2014 3:18 PM
**To:** Leanne Velona
**Subject:** Re: Read: Justin Williams ESR LLC-Medpro Lasers

Did you hear from him? I have been in contact with other victims and I found out how a way for a chance to recover.

Rory

On 3/4/14, 1:41 PM, Leanne Velona wrote:

Your message

To: Leanne Velona
Subject: Re: Justin Williams ESR LLC-Medpro Lasers
Sent: Tuesday, March 04, 2014 10:36:33 AM (UTC-08:00) Pacific Time (US & Canada)

was read on Tuesday, March 04, 2014 10:40:24 AM (UTC-08:00) Pacific Time (US & Canada).

--

Best Regards;

Rory Tringali



1

**BUY • SELL • TRADE • BROKERAGE**

1-305-985-2211 | Mobile
1-516-502-9757 | Fax
rory@cosmeticlasers.com
www.cosmeticlasermarketing.com

This message may contain confidential and/or privileged information.
If you are not the intended recipient or authorized to receive this for the
intended recipient, you must not use, copy, disclose or take any action.

🌲 Please consider the environment before printing this email

Warren Wolf

**From:** Leanne Velona <leanne.velona@marinello.com>
**Date:** April 9, 2014 12:36:13 PM EDT
**To:** "Mike Moreno (lasermmoreno@gmail.com)" <lasermmoreno@gmail.com>, "Justin Williams (lasermedical007@me.com)" <lasermedical007@me.com>
**Subject:** FW: Lasers issues & resolve/refund

fyi

LeAnne Velona
Director of Education – Esthetic & Massage
12449 Putnam Street
Whittier, CA 90602
562-945-2211 x 141

Never underestimate the power of small changes.

**From:** Rory [mailto:cosmeticlasermarketing@gmail.com]
**Sent:** Thursday, January 09, 2014 8:15 AM
**To:** Leanne Velona
**Subject:** Re: Lasers issues & resolve/refund

Call me. Ripoffreport.com

Complaintsboard.com

Scamclub.com

Yelp.com

Dotmed.com

Call me as I list spoke I a client of there's that been ripped off for over 1 year and they are posting the truth

**Rory Tringali**
**Cosmetic Laser Marketing LLC**
**Buy/Sell/Trade**
**Worldwide**
**1-305-965-2211** <tel:1-305-965-2211> Mobile
**1-516-502-9757** <tel:1-516-502-9757> Fax
**Email:Rory@cosmeticlasers.com**

Warren Wolf

**From:** Leanne Velona <leanne.velona@marinello.com>
**Date:** April 9, 2014 12:36:53 PM EDT
**To:** "Mike Moreno (lasermmoreno@gmail.com)" <lasermmoreno@gmail.com>, "Justin Williams (lasermedical007@me.com)" <lasermedical007@me.com>
**Subject: FW: Justin Williams ESR LLC-Medpro Lasers**

fyl

LeAnne Velona
Director of Education – Esthetic & Massage
12449 Putnam Street
Whittier, CA 90602
562-945-2211 x 141

Never underestimate the power of small changes.

**From:** Rory Tringali [mailto:cosmeticlasermarketing@gmail.com]
**Sent:** Thursday, March 06, 2014 9:31 AM
**To:** Larry Leven Attorney At Law
**Cc:** Doctor Spence; Leanne Velona; Mike Goodrich; webbankus@gmail.com; jchura@midtownsurgery.com; nenupharlaser@hotmail.com; Cynthia; beth@greenmetalusa.com; kelly@longevitylounge.info; bnaturalspa@verizon.net; chafic@paraform-lb.com; Alfonso Villarreal
**Subject:** Re: Justin Williams ESR LLC-Medpro Lasers

Federico,

I was a victim of fraud from Justin & Brooke Williams. I had no control of the money in your purchases made not a check book and Justin & Brooke closed the account.

I will contact my attorney.

Rory Tringali
Cosmetic Laser Marketing LLC
Buy/Sell/Trade
Worldwide
1-305-965-2211 <tel:1-305-965-2211> Mobile
1-516-502-9757 <tel:1-516-502-9757> Fax
Email:Rory@cosmeticlasers.com

On Mar 6, 2014, at 12:28 PM, Federico Jose Rodriguez Rodriguez <fjrr15@hotmail.com> wrote:

Rory:

You have responsabilities for the 1/3 of the company, so if you do not want problem, refund me this part of the money, as soon as posible.

1

> Date: Tue, 4 Mar 2014 13:41:18 -0500
> From: cosmeticlasermarketing@gmail.com
>
To: mdspencemd@beyondbb.com; leanne.velona@marinello.com; mikegoodrich@live.com; we
bbankus@gmail.com; jchira@midtownsurgery.com; fjrr15@hotmail.com; nenupharlaser@hotm
ail.com; merlot59@yahoo.com; beth@greenmetalusa.com; kelly@longevitylounge.info;bnatural
spa@verizon.net; chafic@paraform-lb.com; alfonso.villarreal@ghunther.com
> Subject: Re: Justin Williams ESR LLC-Medpro Lasers
>
>
>

**Warren Wolf**

**From:** Leanne Velona <leanne.velona@marinello.com>
**Date:** April 9, 2014 12:40:20 PM EDT
**To:** "Mike Moreno (lasermmoreno@gmail.com)" <lasermmoreno@gmail.com>, "Justin Williams (lasermedical007@me.com)" <lasermedical007@me.com>
**Subject:** FW: 17 TUXEDO COURT, Evesham Township owned by MORENO, MICHAEL J & ELYSE J - NJParcels.com New Jersey Property Data

I have 12 more of these things if you want them all.
I don't know what is going on but you completed your transaction with me so we are good, just thought you might want to see some of the things this guy sent to me. It was extremely stressful completing our transaction and having this persons added commentary.

LeAnne Velona
Director of Education - Esthetic & Massage
12449 Putnam Street
Whittier, CA  90602
562-945-2211 x 141

Never underestimate the power of small changes.

-----Original Message-----
From: Rory Tringali [mailto:cosmeticlasermarketing@gmail.com]
Sent: Tuesday, January 14, 2014 2:27 PM
To: laser213@gmail.com
Subject: 17 TUXEDO COURT, Evesham Township owned by MORENO, MICHAEL J & ELYSE J - NJParcels.com New Jersey Property Data

http://njparcels.com/property/0313/11.53/7



## Property Information

This property is residential.
It is in the LD zone.
The property is 1.0467 acres in size.

### 5 Acre Lots in Goldendale

sites.google.com/site/casera

Close to Town on Paved Road, Trees.. Very little road to build or plow!



Structure Information

Building Description: HUNTINGTON
It was built in 2010.

## Tax, Deed, and Sale Information

17 TUXEDO COURT was last sold for $1,415,200.00 on 2010-06-14.
The Deed is recorded at the Clerk's Office in book 06718 on page 00713.

In 2013, this property is assessed for $1,017,100.00. The land is assessed at $200,000.00 and the improvements are assessed at $817,100.00. In 2012, the property's assessed value was $1,017,100.00.

17 TUXEDO COURT costs Michael J & Elyse J Moreno $26,597.16 annually in taxes.

The last time this record was synced with the assessor's database was on June 1st, 2013.

NJParcels.com • Terms of Service